**Electronically Filed
Supreme Court
SCOT-13-0005824
19-DEC-2013
01:20 PM**

SCOT-13-0005824

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

WILLIAM OYADOMARI, Plaintiff,

vs.

STATE OF HAWAIʻI, Defendant.

---

ORIGINAL PROCEEDING

ORDER

(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon review of the document entitled "Complaint", which was mailed to the supreme court by William Oyadomari, and filed on December 2, 2013, it appears that we lack jurisdiction to consider the complaint. See HRS § 602-5 (Supp. 2012). Therefore,

IT IS HEREBY ORDERED that the complaint is dismissed.

DATED: Honolulu, Hawaiʻi, December 19, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

